# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Cunningham, | Case No. 18-cv-01262 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Bluestem Brands, Inc. d/b/a Fingerhut, | |
| Defendant. | |

This matter came before the Court on the stipulation of Plaintiff Craig Cunningham and Defendant Bluestem Brands, Inc. d/b/a Fingerhut ("Bluestem"), for dismissal of all claims against Bluestem under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice and on the merits.

Based on the stipulation [Doc. No. 33] and other files, records, and proceedings in this action,

IT IS HEREBY ORDERED that all claims in this action are hereby DISMISSED with prejudice and on the merits, with each party to bear his/its own costs.

Dated:  February 20, 2019         s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge